**Charles WHITFIELD, Appellant,**

**v.**

**LITTLE ROCK POLICE DEPART-MENT; Detective John White; Detective Ted Adkins; Officer Kenny Paul Baer; Officer Mickey Holloway; Officer Tracey Rothermal, Appellees,**

**No. 00–3491.**

United States Court of Appeals, Eighth Circuit.

Submitted April 30, 2001.

Filed May 4, 2001.

---

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

PER CURIAM.

Arkansas inmate Charles Whitfield appeals from the district court's [1] dismissal of his 42 U.S.C. § 1983 complaint. Having carefully reviewed the record and the parties' briefs, we agree with the district court that, for the reasons the court explained, the complaint failed to state a claim. *See McMorrow v. Little*, 109 F.3d 432, 434 (8th Cir.1997) (de novo review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.